**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6561**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

ALBERT SHAW NELSON,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (CR-95-333)

———————————

Submitted:  October 31, 2000      Decided:  November 16, 2000

———————————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Albert Shaw Nelson, Appellant Pro Se.  Marvin Jennings Caughman, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Shaw Nelson appeals the district court's order denying his motion for a new trial pursuant to Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Nelson</u>, No. CR-95-333 (D.S.C. Mar. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>